# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as ex officio member of the Board of Regents of the University of California and the Board of Trustees of the California State University; STATE OF CALIFORNIA; ROB BONTA, Attorney General for the State of California in his official capacity; REGENTS OF THE UNIVERSITY OF CALIFORNIA; BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; BOARD OF GOVERNORS OF THE CALIFORNIA COMMUNITY COLLEGES,<br><br>Defendants. | No. 2:25-cv-03375-TLN-JDP<br><br>**ORDER**<br><br>Hon. Troy L. Nunley |

Based on the parties' stipulation and good cause appearing, the Court HEREBY adopts the following deadlines in this case:

| Event | Due Date |
|---|---|
| Defendants' Motion to Dismiss | 12/30/2025 |
| Plaintiff's Response to Defendants' Motion to Dismiss | 1/16/2026 |
| Defendants' Reply | 1/23/2026 |

**IT IS SO ORDERED.**

Dated: December 8, 2025

_____
Troy L. Nunley
Chief United States District Judge