ROB BONTA, STATE BAR NO. 202668
ATTORNEY GENERAL OF CALIFORNIA
MICHAEL L. NEWMAN, STATE BAR NO. 222993
CHERYL L. FEINER, STATE BAR NO. 170774
SENIOR ASSISTANT ATTORNEYS GENERAL
JOEL MARRERO, STATE BAR NO. 275601
ROBIN L. GOLDFADEN, STATE BAR NO. 208055
SUPERVISING DEPUTY ATTORNEYS GENERAL
CHRISTOPHER TENORIO, STATE BAR NO. 166022
JOSÉ PABLO GALÁN DE LA CRUZ, STATE BAR NO. 339970
JENNIFER SOLIMAN, STATE BAR NO. 332519
NICHOLAS ESPÍRITU, STATE BAR NO. 237665
DEPUTY ATTORNEYS GENERAL
1515 CLAY STREET
OAKLAND, CA 94612
TELEPHONE: (510) 879-3908
FAX: (916) 732-7920
E-MAIL:  NICHOLAS.ESPIRITU@DOJ.CA.GOV
*ATTORNEYS FOR DEFENDANTS*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as ex officio member of the Board of Trustees of the California State University; STATE OF CALIFORNIA; ROB BONTA, Attorney General for the State of California in his official capacity; REGENTS OF THE UNIVERSITY OF CALIFORNIA; BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; BOARD OF GOVERNORS OF THE CALIFORNIA COMMUNITY COLLEGES,**<br><br>Defendants. | No.  2:25-cv-03375-TLN-JDP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Troy L. Nunley<br>Action Filed: 11/20/2025 |

Notice of Supplemental Authority (2:25-cv-03375)

Pursuant to Local Rule 230(m)(2), Defendants hereby provide notice of the decision in *United States v. Waltz*, 25-cv-2668-KMM-DTS (D. Minn). There, the court held that Minnesota's challenged tuition and education access laws were not preempted by 8 U.S.C. § 1623. The Court dismissed the United States' complaint with prejudice. It also held that Minnesota's Governor and Attorney General were not proper defendants and dismissed them as defendants without prejudice. The opinion is attached as Exhibit A.

Dated: March 31, 2026

Respectfully submitted,

ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA
MICHAEL L. NEWMAN
CHERYL L. FEINER
SENIOR ASSISTANT ATTORNEYS GENERAL
JOEL MARRERO
ROBIN L. GOLDFADEN
SUPERVISING DEPUTY ATTORNEYS GENERAL
CHRISTOPHER TENORIO
JOSÉ PABLO GALÁN DE LA CRUZ
JENNIFER SOLIMAN

/s/ Nicholas Espíritu
NICHOLAS ESPÍRITU
Deputy Attorney General
*Attorneys for Defendants*

1