STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
ERIC GRANT
United States Attorney
Eastern District of California

ROBERT O. LINDEFJELD
Trial Attorney
Email: robert.o.lindefjeld@usdoj.gov
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7488
Fax: (202) 305-7000

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America | ) |
| | ) Case No.: 2:25-cv-03375-TLN-JDP |
| *Plaintiff,* | ) |
| | ) **MOTION OF WITHDRAWAL OF** |
| v. | ) **COUNSEL AND [PROPOSED] ORDER** |
| | ) **GRANTING WITHDRAWAL** |
| GAVIN NEWSOM, in his official capacity | ) |
| as ex officio member of the Board of | ) [Filed Pursuant to Local Rule 182] |
| Trustees of the California State University; | ) |
| STATE OF CALIFORNIA; ROB BONTA, | ) Judge: Chief District Judge Troy L. Nunley |
| Attorney General for the State of California | ) |
| in his official capacity; REGENTS OF THE | ) Complaint Filed: November 20, 2025 |
| UNIVERSITY OF CALIFORNIA; BOARD | ) Trial Date: None Set |
| OF TRUSTEES OF THE CALIFORNIA | ) |
| STATE UNIVERSITY; BOARD OF | ) |
| GOVERNORS OF THE CALIFORNIA | ) |
| COMMUNITY COLLEGES, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER GRANTING
WITHDRAWAL OF COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff United States of America, pursuant to Local Rule 182(d), hereby moves the Court to withdraw the appearance of undersigned counsel Sean Skedzielewski as counsel for Plaintiff. Good cause supports this withdrawal, as Mr. Skedzielewski is resigning from the U.S. Department of Justice, effective August 19, 2025, and is no longer handling this case. Other counsel of record from the U.S. Department of Justice, Robert O. Lindefjeld, continues to represent Plaintiff in this matter.

DATED: August 6, 2026                    Respectfully Submitted,

                                        */s/ Sean Skedzielewski*
                                        SEAN SKEDZIELEWSKI
                                        NY Bar No. 6112429
                                        Counsel to the Assistant Attorney General
                                        United States Department of Justice, Civil Division
                                        950 Pennsylvania Ave NW
                                        Washington, DC 20530
                                        Tel. 202-307-1697
                                        Sean.Skedzielewski@usdoj.gov

                                        *Attorney for Plaintiff*

IT IS SO ORDERED.

DATED: _____, 2026

                                        _____
                                        Chief District Judge Troy L. Nunley
                                        United States District Judge

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 6, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice to all attorneys of record:

DATED: August 6, 2026

Respectfully submitted,

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
(NY Bar No. 6112429)

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL